UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYRONE HURT,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JUDGE ALEXANDER WILLIAMS, JR.,<br><br>　　　　Defendant. | Case No. 13-mc-80053-SI<br><br>Order also to be filed in C 12-4187 EMC<br><br>**ORDER DENYING PLAINTIFF'S MOTION TO PROCEED *IN FORMA PAUPERIS* ON APPEAL**<br><br>Re: Dkt. No. 7 |

On April 13, 2021, plaintiff Tyrone Hurt filed a motion for leave to proceed *in forma pauperis* on appeal. Plaintiff states that he wishes to appeal a March 20, 2013 order issued by this Court; in the March 20, 2013 order, the Court conducted a pre-filing review of plaintiff's proposed complaint, concluded that the complaint was frivolous, and directed the Clerk of the Court not to accept the new complaint for filing. *See* Dkt. No. 2. Plaintiff has already appealed that order – on April 11, 2013 (Dkt. No. 3) – and this Court denied an earlier motion to proceed *in forma pauperis* in that appeal, certifying that the appeal was not taken in good faith for the reasons set forth in the March 20, 2013 order. *See* Dkt. No. 5.

Pursuant to Federal Rule of Appellate Procedure 24(a)(2), the Court DENIES plaintiff's motion to proceed *in forma pauperis* on appeal and certifies that the appeal is not taken in good faith. The appeal is frivolous for the additional reason that it is untimely and duplicative of the earlier appeal.

**The Clerk shall not accept any further filings in this closed miscellaneous case**.

**IT IS SO ORDERED**.

Dated: April 21, 2021

_____
SUSAN ILLSTON
United States District Judge